JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO REYES, JR., <br><br> Petitioner, <br><br> v. <br><br> FRANCISCO JACQUEZ, Director, <br><br> Respondent. | No. CV 09-7595 CJC (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 2, 2012

_____
CORMAC J. CARNEY
United States District Judge